JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-6242-MCS-AGR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| $41,400.00 IN U.S. CURRENCY | |
| Defendant. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all right, title, and interest of potential claimant Norberto Lazo and all other potential claimants in and to the defendant currency are condemned and forfeited to the United States of America. The government shall dispose of the defendant currency according to law.

Dated: January 8, 2021

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE